Per Curiam.
 

 The plea in this case is double, and must be overruled. The defence proper for a plea, must be such as reduces the case to a particular point which will bar the plaintiff’s demand. It is then of use, because by having the judgment of the Court upon that point, the parties are saved the expense of the examination. A plea does not deny the equity, but brings forward a fact or a series of circumstances, forming in their combined result some
 
 one fact,
 
 which displaces the equity. If there be two defences offered by a plea, they cannot be separated, and one only allowed.
 

 The decree below allowing the plea, and dismissing the bill, is overruled with costs, and it is ordered that the suit, and the proceedings therein, do stand revived against Lewis Williams and Joseph Williams, executors of Joseph
 
 *344
 
 Williams the original defendant, and be and stand in the same plight and condition as they were in when the sa'^ su't abated. And the cause is remanded to the Court of Equity for the County of Rowan, for further proceedings.
 

 Per Curiam. Judgment reversed.